```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 06 B 16634
   MARGARITA GARCIA
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-6208
```

----

### TRUSTEE'S FINAL REPORT AND ACCOUNT

----

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/15/06 and confirmed on 02/02/07.

2. The plan is paid in full.

3. The Debtor paid a total of $ 59478.26 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BAXTER CREDIT UNION | SECURED VEHIC | 1143.02 | .00 | 1143.02 |
| BAXTER CREDIT UNION | SECURED VEHIC | .00 | .00 | .00 |
| BAXTER CREDIT UNION | SECURED VEHIC | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1877.44 | .00 | 1877.44 |
| ADT SECURITY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 4444.53 | .00 | 2117.50 |
| BAXTER CREDIT UNION | UNSECURED | 3643.78 | .00 | 1736.00 |
| CAPITAL ONE BANK | UNSECURED | 689.86 | .00 | 328.67 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 687.63 | .00 | 327.61 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1201.86 | .00 | 572.60 |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | 1155.00 | .00 | 550.27 |
| S&S FINANCIAL | UNSECURED | 1541.75 | .00 | 734.53 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| STUART ALLEN & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 76155.20 | .00 | 36282.45 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| BAXTER CREDIT UNION | UNSECURED | 2420.52 | .00 | 1153.20 |
| BAXTER CREDIT UNION | UNSECURED | 4669.47 | .00 | 2224.67 |
| BAXTER CREDIT UNION | UNSECURED | 480.00 | .00 | 228.69 |
| INTERNAL REVENUE SERVICE | UNSECURED | 661.74 | .00 | 315.27 |
| AMERICASH LOANS | UNSECURED | 1341.30 | .00 | 639.03 |
| US POSTAL SERVICE | UNSECURED | 61.00 | .00 | 29.06 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1656.85 | .00 | 1656.85 |

```
ILLINOIS DEPT REVENUE      UNSECURED        336.82            .00         160.47
      Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 1143.02      3534.29     99490.46          .00     104167.77
PRINCIPAL PAID     1143.02      3534.29     47400.02          .00      52077.33
INTEREST PAID          .00          .00          .00          .00           .00
TOTAL PAID         1143.02      3534.29     47400.02          .00      52077.33
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $   3000.00
and was paid $    3000.00 .

The Trustee received $    2514.87 .

Refunds to the Debtor totaled $    1886.06 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 04/11/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
             CASE NO. 06 B 16634 MARGARITA GARCIA